IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

MARIA ELENA MONTANO AND
AGUSTIN MIGUEL,

      Appellants,

 v.

HOSSEIN MAKHZAN AND
JENIFER MONTANO TAVERA,

      Appellees.
_____/

Case No.  5D22-56
LT Case No. 2021-CC-002633

Decision filed August 2, 2022

Appeal from the County Court
for Seminole County,
Frederic M. Schott, Judge.

Maria Elena Montano, and Agustin
Miguel, Sanford, pro se.

No Appearance for Appellees.

PER CURIAM.

    AFFIRMED.

HARRIS, TRAVER and WOZNIAK, JJ., concur.